| | |
|---|---|
| 1  MELINDA HAAG (CA 132612)<br>   United States Attorney<br>2<br>   MIRANDA KANE (CA 150630)<br>3  Chief, Criminal Division<br>4  ROBERT K. PRUITT (KY 93232)<br>   Special Assistant United States Attorney<br>5<br>      Defense Language Institute – Criminal Law<br>6     1336 Plummer Street, Building 275<br>      Monterey, CA  93944<br>7     Telephone: (831) 242-6394<br>      Email: robert.k.pruitt.mil@mail.mil<br>8<br>9  Attorneys for Plaintiff | **FILED**<br><br>AUG 20 2013<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR-06-00443 RS |
|                  Plaintiff,                          ) | |
|                                                              ) | MOTION AND [PROPOSED] |
|             vs.                                          ) | ORDER TO DISMISS INFORMATION and |
|                                                              ) | WITHDRAW BENCH WARRANT |
| ELVIA SOPHIE HERNANDEZ       ) | |
|                  Defendant.                       ) | |

1. The United States moves that the Information filed in the above captioned matter on June 22, 2006 be dismissed.

2. The United States further requests that the bench warrant issued in this matter be withdrawn.

3. The United States makes this motion in the interests of justice.

///

///

///

MOTION AND [PROPOSED] ORDER        1
TO DISMISS INFORMATION:  CR-06-00443 RS

MELINDA HAAG  
United States Attorney

/S/
_____
ROBERT K. PRUITT  
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the bench warrant for Elvia Sophie Hernandez be withdrawn and the Information in the above entitled matter is dismissed without prejudice.

Dated: _____8·20_____ 2013    *PaS. [signature]*
_____
PAUL S. GREWAL  
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER                2
TO DISMISS INFORMATION: CR-06-00443 RS